IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM BEASLEY,**

**Plaintiff,**

**v.**

**CONTINENTAL TIRE NORTH
AMERICA, INC., and PENSION
PLAN FOR HOURLY EMPLOYEES
OF CONTINENTAL AUTOMOTIVE, INC.,
AND CERTAIN AFFILIATED COMPANIES,**

**Defendants.**                                             No. 07-0242-DRH

## ORDER

**HERNDON, District Judge:**

On July 25, 2007, Plaintiff filed an Amended Complaint (Doc. 21). Thus, the Court **DENIES as moot** Defendant Continental Tire North America, Inc.'s motion for judgment on the pleadings (Doc. 9).

**IT IS SO ORDERED.**

Signed this 27th day of July, 2007.

/s/      David   RHerndon
**United States District Judge**