IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM BEASLEY,

Plaintiff,

v.

CONTINENTAL TIRE NORTH
AMERICA, INC., and PENSION
PLAN FOR HOURLY EMPLOYEES
OF CONTINENTAL AUTOMOTIVE, INC.,
AND CERTAIN AFFILIATED COMPANIES,

Defendants.                                                    No. 07-0242-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion to dismiss (Doc. 30). Plaintiff moves the Court to dismiss the case with prejudice as the case has been settled. Said motion is **GRANTED**. The Court **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 11th day of February, 2008.

/s/ David R Herndon
**Chief Judge
United States District Judge**