IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM BEASLEY,

    Plaintiff,

vs.                                                   Cause No. 07-CV-242 DRH

CONTINENTAL TIRE NORTH
AMERICA, INC., and PENSION
PLAN FOR HOURLY EMPLOYEES
OF CONTINENTAL AUTOMOTIVE, INC.,
AND CERTAIN AFFILIATED COMPANIES.

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Motion for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                            **NORBERT G. JAWORSKI, CLERK**

February 11, 2008                           By:   s/Patricia Brown
                                                                Deputy Clerk

APPROVED: /s/ *David R Herndon*
                  **CHIEF JUDGE**
                  **U.S. DISTRICT COURT**